IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

K.S.M., MOTHER OF S.M.S., L.R.S. AND
K.J.S., CHILDREN

       Appellant,

 v.

Case No. 5D21-2315
LT Case No. 42-2020-DP-000043

DEPARTMENT OF CHILDREN
AND FAMILIES,

       Appellee.

_____/

Decision filed   May 20, 2022

Appeal from the Circuit Court
for Marion County,
S. Sue Robbins, Judge.

Kia Simmons Morgan, Ocala, for Appellant.

Stephanie C. Zimmerman, Deputy Director and Statewide
Director of Appeals, of Children's Legal Services, Bradenton,
and Rachel Batten, of Children's Legal Services, Brooksville,
for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals,
and Samantha Costas Valley, Senior Attorney, of Statewide
Guardian ad Litem Office, Tallahassee, and Jamie Billotte
Moses, of Defending Best Interests Project Holland & Knight,
LLP, Orlando, for Guardian ad Litem.

PER CURIAM.

      AFFIRMED.

WALLIS, TRAVER and NARDELLA, JJ., concur.